UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Jennifer Goroves                :       Chapter 13

        Debtor(s)                      :       Bankruptcy No.: 17-15176      MDC
                                        :

**CONSENT ORDER**

        *AND NOW,* this_____ day of _____, 2017, upon agreement of the parties in lieu
of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

        *ORDERED,* that in light of the debtor(s) three (3) prior bankruptcy filings, if this case is
dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing,
individually or jointly, any subsequent bankruptcy case within ~~24 months~~ without further leave of
Court. And it is further                                        6 mos. (six months)

        *ORDERED,* that this Consent Order shall be effective without any further reference to its
terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the
identity of the party moving for the dismissal, or the express terms of the order dismissing the case.
The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the
barring of the debtor(s) from further filings in accordance with its terms.

Date: 10/11/17 _____        _____
                                       William C. Miller, Esquire
                                       Chapter 13 Standing Trustee

Date: 10/11/17 _____        _____
                                       Attorney for Debtor (s) STEPHEN J. DEMAIO

Date: 10/11/17 _____        _____
                                       Debtor(s)

Date: _____                 _____
                                       Debtor(s)


                        **BY THE COURT**

                        _____
                        **HONORABLE MAGDELINE D. COLEMAN**
                        **BANKRUPTCY JUDGE**