United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15176-mdc
Jennifer Groves                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1         Date Rcvd: Oct 18, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db              +Jennifer Groves,    4202 Oakmont Street,    Philadelphia, PA 19136-3613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
    JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
    LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association (Trustee for Pennsylvania Housing Finance Agency) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
    MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association (Trustee for Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
    PAUL H. YOUNG    on behalf of Debtor Jennifer  Groves support@ymalaw.com,    ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                      TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Jennifer Groves         :    Chapter 13

Debtor(s)                      :    Bankruptcy No.: 17-15176    MDC
                               :

**CONSENT ORDER**

AND NOW, this __18th__ day of __October__, 2017, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the debtor(s) three (3) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case within ~~24 months~~ 6 mos. (six months) without further leave of Court. And it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 10/11/17        _Jacqueline M Chandler for_
                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee

Date: 10/11/17        _[signature]_ STEPHEN J. DEMAIO
                      Attorney for Debtor(s)

Date: 10/11/17        _[signature]_
                      Debtor(s)

Date: _____         _____
                      Debtor(s)

BY THE COURT

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE