# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 17-15176-MDC

JENNIFER GROVES

4202 OAKMONT STREET

PHILADELPHIA, PA 19136

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JENNIFER GROVES

4202 OAKMONT STREET

PHILADELPHIA, PA 19136

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 12/18/2017                           /S/ William C. Miller
                                                            _____
                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee