United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15176-mdc
Jennifer Groves                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2              Date Rcvd: Mar 02, 2018
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db           +Jennifer Groves,    4202 Oakmont Street,    Philadelphia, PA 19136-3613
cr           +U.S. Bank National Association (Trustee for Pennsy,    c/o PHFA Loan Servicing Division,
               211 North Front Street,    Philadelphia, PA 19106
14012618      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13975902     +Philadelphia gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3 Fl
13960060     +Trident Asset Management,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
13960059     +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Mar 03 2018 01:27:48     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2018 01:27:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2018 01:27:34     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2018 01:28:20     Orion (VERIZON),
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13960053      E-mail/Text: bankruptcy@cavps.com Mar 03 2018 01:27:32     Cavalry Portfolio Services,
               Po Box 27288,    Tempe, AZ 85285
14037881      E-mail/Text: bankruptcy@phila.gov Mar 03 2018 01:27:48     City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13960052     +E-mail/Text: bankruptcy@cavps.com Mar 03 2018 01:27:32     Cavalry Portfolio Services,
               Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14013029     +E-mail/Text: bankruptcy@cavps.com Mar 03 2018 01:27:31     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13960054     +E-mail/Text: bknotices@mbandw.com Mar 03 2018 01:27:33     Mccarthy Burgess & Wol,
               26000 Cannon Rd,    Cleveland, OH 44146-1807
14007119     +E-mail/Text: bankruptcygroup@peco-energy.com Mar 03 2018 01:26:54     PECO Energy Company,
               2301 Market Street,    S4-1,    Philadephia, PA 19103-1380
13961403     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2018 01:28:33
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13960056     +E-mail/Text: blegal@phfa.org Mar 03 2018 01:27:19     Pa Housing Finance Age,    211 N Front St,
               Harrisburg, PA 17101-1406
13960055     +E-mail/Text: blegal@phfa.org Mar 03 2018 01:27:19     Pa Housing Finance Age,    Po Box 8029,
               Harrisburg, PA 17105-8029
14041048     +E-mail/Text: blegal@phfa.org Mar 03 2018 01:27:20     U.S. Bank National Association,
               c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13960058     ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
13960057     ##+Stellar Recovery Inc,    Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
               Jackonville, FL 32216-8035
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Mar 02, 2018
                               Form ID: pdf900              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association (Trustee for
           Pennsylvania Housing Finance Agency) KMcDonald@blankrome.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for Pennsylvania
           Housing Finance Agency) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association (Trustee for
           Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Jennifer  Groves support@ymalaw.com, ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JENNIFER GROVES | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 17-15176-MDC |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: 3/1/18

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE