United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15176-mdc
Jennifer Groves                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Mar 12, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
db            +Jennifer Groves,    4202 Oakmont Street,    Philadelphia, PA 19136-3613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association (Trustee for
               Pennsylvania Housing Finance Agency) KMcDonald@blankrome.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association (Trustee for Pennsylvania
               Housing Finance Agency) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association (Trustee for
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Jennifer  Groves support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JENNIFER GROVES           : CHAPTER 13
                                 :
    Debtor                       : BANKRUPTCY NO. 17-15176

## ORDER TO ALLOW COUNSEL FEES

    AND NOW, this   12th   day of   March   , 2018, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

    Counsel fee:   $3,500
    Total paid by Debtor prepetition:   $1,500
    ($2,000 to be paid in Plan)
    Filing fee paid by client

    The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

    In the event debtor's case is dismissed prior to confirmation, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $1,500 which was paid by the Debtor(s) prepetition.**

Date:_____                    _____
                                                           J.

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor